

A CERTIFIED TRUE COPY

DEC - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 0 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 7 2007

GREGORY C. LANGHAM
CLERK

**IN RE: KATZ INTERACTIVE CALL PROCESSING
PATENT LITIGATION**
 Ronald A. Katz Technology Licensing, L.P. v. Qwest
 Services Corp., et al., D. Colorado, C.A. No. 1:07-2354   )
                                                            )

MDL. No. 1816

CV 07 - 8142 - RGK

**CONDITIONAL TRANSFER ORDER (CTO-6)**

Colo. Case # :
07-CV-02354-LTB

On March 20, 2007, the Panel transferred 25 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 481 F.Supp.2d 1353 (J.P.M.L. 2007). Since that time, 27 additional actions have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Robert Gary Klausner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Klausner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of March 20, 2007, and, with the consent of that court, assigned to the Honorable Robert Gary Klausner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:



Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.       12/14/07

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By  Chanda Marshall  Deputy

0016

## INVOLVED COUNSEL LIST (CTO-6)

Robert T. Haslam
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506

Matthew J. Moore
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Stephen C. Neal
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Brian S. Tooley
WELBORN SULLIVAN MECK & TOOLEY PC
821 17th Street, # 500
Denver, CO 80202-1801